IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL WOOD,

Plaintiff,

vs.

TASHANNA GOLDEN, JASMINE MCCLANAHAN, ERIC KOMITEE, CHEREE BUGGS, JOSEPH NOCELLAJR., ANDREW G. CERESIA, JAMIE MCDONALD, LAWRENCE KNIPPEL, ERIC GONZALEZ, TERESA L. RILEY, BRIAN C. DOYLE, ROWAN WILSON, ARLENE BLUTH, KEVIN MCCLANAHAN, MARKWAYNE MULLIN, ALVIN BRAGG, PETER H. MOULTON, VANESSA FANG, TAA GRAYS, SERGIO JIMENEZ, MARGO BRODIE, ROBERT H. TEMBECKJIAN, CARMEN PACHECO, JOY CAMPANELLI, ELIZABETH A. GARRY, GINA ABADI, ERIC DIKEMAN, DAKOTA RAMSEUR, DIANNE RENWICK, JOHN P. BURNS, BRIAN GOTLIEB, MOLLY REYNOLDS FITZGERALD, DAWN HILL-KEARSE, WAVNY TOUSSAINT, HECTOR LASSALE, GENINE EDWARDS, CAROL CRAWFORD, JOSEPH B. EDLOW, WHITNEY CLARK, TANYA FAYE, MARINA CORA MUNDY, JOHN SIEMIETKOWSKI, SUZANNE ADAMS, JESSICA TISCH, EDDIE J. MCSHAN, DAVID J. VENTURELLA, PAUL A. SUTTELL, JUDY KIM,

8:26CV631

MEMORANDUM AND ORDER

KESHIA ESPINAL, and CHRISTINA L. RYBA,

Defendants.

Plaintiff Michael Wood, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 19th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge